# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------x
: 
In re: : Chapter 11
: 
: Case No. 09-_____ (___)
TUBO DE PASTEJÉ, S.A. DE C.V., :
: Joint Administration Requested[1]
: 
Debtor. :
---------------------------------------------------------------x

## CONSOLIDATED LIST OF CREDITORS HOLDING
## 20 LARGEST UNSECURED CLAIMS

The following is a list of creditors holding the 20 largest unsecured claims against Tubo de Pastejé, S.A. de C.V. and Cambridge-Lee Holdings, Inc. (together, the "Companies"). This list has been prepared on a consolidated basis from the unaudited books and records of the Companies as of December 1, 2009. This list is prepared in accordance with Rule 1007(d) of the Federal Rules of Bankruptcy Procedure for filing in the Companies' chapter 11 cases. This list does not include (1) persons who come within the definition of an "insider" set forth in 11 U.S.C. § 101(31) or (2) secured creditors, unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. The information presented herein shall not constitute an admission by, nor is it binding on, the Companies. Moreover, nothing herein shall affect the Companies' right to challenge the amount or characterization of any claim at a later date.

---

[1] The debtors requesting joint administration, along with the last four digits of each debtor's federal tax identification number, are Tubo de Pastejé, S.A. de C.V. (2827) and Cambridge-Lee Holdings, Inc. (2123).

| Name of Creditor | Name, Telephone Number and Complete Mailing Address, Including Zip Code of Employee, Agent or Department of Creditor Familiar with Claim Who May be Contacted | Nature of Claim (trade debt, bank loan, government contract, etc.) | Indicate if Claim is Contingent, Unliquidated, Disputed or Subject to Set-off | Amount of Claim (if secured also state value of security) |
|---|---|---|---|---|
| The Bank of New York Mellon, as trustee | 101 Barclay Street, Floor 4E, New York, New York 10286 Attn: Corporate Trust Administration – Global Finance Unit Telephone: (212) 815-5552 Facsimile: (212) 815-5804 | Pledge Agreement | Contingent Unliquidated Disputed | Approximate principal amount: $200,000,000 |
| General Electric Capital Corporation | 800 Connecticut Ave. Two North Norwalk, CT 06854 Attn: United Copper Industries, Inc. – Account Manager Facsimile: (203) 852-3630 and 201 High Ridge Rd. Stamford, CT 06927-5100 Attn: Corporate Counsel – Commercial Finance Telephone: (203) 316-7552 Facsimile: (203) 316-7889 | Pledge Agreement | Contingent Unliquidated Disputed | Approximate principal amount: $60,000,000 |
| Bank of America | 135 S. LaSalle Chicago, IL 60603 Attn: Thomas Brennan Telephone: (312) 992-9602 Facsimile: (312) 992-9609 | Guarantee | Contingent Unliquidated Disputed | Approximate principal amount: $29,000,000 |
| Texas Community Bank | P.O. Box 450269 6721 McPherson Road Laredo, Texas 78041 Attn: Linda Flores Telephone: (956) 718-1343 Facsimile: (956) 718-1377 | Guarantee | Contingent Unliquidated Disputed | Approximate principal amount: $4,000,000 |
| Espirito Santo Bank | 1395 Brickell Ave. Miami, FL 33131 Attn: Diogo Figueiroa Telephone: (001) 305 539 7700 Facsimile: (001) 305 371 4410 | Bank Loan, Guarantee | Contingent Unliquidated Disputed | Approximate principal amount: $3,520,000 |
| Hartford Accident & Indemnity Ins. Co., Hartford Casualty Ins. Co., Hartford Fire Insurance Co., and Hartford Ins. Co. of the Midwest | AJ Gallagher & Co. 444 Madison Ave. New York, NY 10022 Attn: Karen McDermott Telephone: (212) 994-7100 Facsimile: (212) 994-7047 | Workers' Compensation & Employers Liability (U.S.) Insurance Coverage | Contingent Unliquidated Disputed | $170,000 |

| Name of Creditor | Name, Telephone Number and Complete Mailing Address, Including Zip Code of Employee, Agent or Department of Creditor Familiar with Claim Who May be Contacted | Nature of Claim (trade debt, bank loan, government contract, etc.) | Indicate if Claim is Contingent, Unliquidated, Disputed or Subject to Set-off | Amount of Claim (if secured also state value of security) |
|---|---|---|---|---|
| Twin City Fire Ins. Co. (Hartford) | AJ Gallagher & Co. 444 Madison Ave. New York, NY 10022 Attn: Karen McDermott Telephone: (212) 994-7100 Facsimile: (212) 994-7047 | General Liability Insurance Coverage | Contingent Unliquidated Disputed | Undetermined |
| Federal Insurance Company (Chubb) | AJ Gallagher & Co. 444 Madison Ave. New York, NY 10022 Attn: Karen McDermott Telephone: (212) 994-7100 Facsimile: (212) 994-7047 | Directors & Officers, Employment Practices Liability, Fiduciary Liability Marine Cargo Insurance Coverage | Contingent Unliquidated Disputed | Undetermined |
| Great Northern Insurance Company | AJ Gallagher & Co. 444 Madison Ave. New York, NY 10022 Attn: Karen McDermott Telephone: (212) 994-7100 Facsimile: (212) 994-7047 | International property Insurance Coverage | Contingent Unliquidated Disputed | Undetermined |
| Internal Revenue Service | P.O. Box 21126 Philadelphia, PA 19114-0326 Facsimile: (215) 516-2015 | Federal Income Taxes | Contingent Unliquidated Disputed | Undetermined |
| Delaware Secretary of State | Division of Corporations PO Box 898 Dover, DE 19903 Telephone: (302) 739-3073 Facsimile: (302) 739-3812 | Franchise Taxes | Contingent Unliquidated Disputed | Undetermined |
| Hunter Douglas Metals, Inc. | 915 West 175th Street Homewood, Illinois 60430 Attn: Rich Sfura Telephone: (708) 799-0800 Facsimile: (708) 799-2787 | Guarantee | Contingent Unliquidated Disputed | Undetermined |
| Nibco Inc. | 1516 Middlebury Street Elkhart, IN 46516-4740 Attn: Mark P. Luger Telephone: (574) 295-3340 Facsimile: (574) 523-3556 | Guarantee | Contingent Unliquidated Disputed | Undetermined |

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF DELAWARE

------------------------------------------------------------x
:
In re:                                        :      Chapter 11
:
:      Case No. 09-_____ (___)
TUBO DE PASTEJÉ, S.A. DE C.V.    [1]          :
:      Joint Administration Requested
:
:
Debtor                         :
------------------------------------------------------------x

## DECLARATION FOR CONSOLIDATED LIST OF CREDITORS
## HOLDING 20 LARGEST UNSECURED CLAIMS

I, Rafael Dávila Olvera, the undersigned authorized officer of the above-captioned debtor and debtor-in-possession, declare under penalty of perjury that I have reviewed the foregoing Consolidated List of Creditors Holding 20 Largest Unsecured Claims Against Tubo de Pastejé, S.A. de C.V., and that the list submitted herewith and the information contained therein is true and correct to the best of my knowledge, information and belief.

Dated: 12/08/2009

_____
Name: Rafael Dávila Olvera
Title: Director and Attorney in fact

---

[1] The debtors requesting joint administration, along with the last four digits of each debtor's federal tax identification number, are Tubo de Pastejé, S.A. de C.V. (2827) and Cambridge-Lee Holdings, Inc. (2123).