IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------x
: 
In re: :  Chapter 11
:
:  Case No. 09-_____ (___)
TUBO DE PASTEJÉ, S.A. DE C.V., :
:  Joint Administration Requested[1]
:
Debtor. :
---------------------------------------------------------------x

## LIST OF EQUITY SECURITY HOLDERS
## PURSUANT TO FED. R. BANKR. P. 1007(a)(3)

The following is a list of entities holding interests in Tubo de Pasteje, S.A. de C.V. and Cambridge-Lee Holdings, Inc. This list serves as the above-captioned debtor and debtor-in-possession's disclosure pursuant to Federal Rule of Bankruptcy Procedure 1007(a)(3).

| Nature of Interest | Name and Last Known Address of Holder of Interest | Amount of Interest Held |
|---|---|---|
| Equity in Tubo de Pasteje, S.A. de C.V. | Industrias Unidas, S.A. de C.V.<br>Km. 109 Carretera Panamericana<br>México-Querétaro<br>Jocotitlán, Estado de México 50700 | 100% |
| Equity in Cambridge-Lee Holdings, Inc. | Tubo de Pasteje, S.A. de C.V.<br>Km. 109 Carretera Panamericana<br>México-Querétaro<br>Jocotitlán, Estado de México 50700 | 100% |

---

[1] The debtors requesting joint administration, along with the last four digits of each debtor's federal tax identification number, are Tubo de Pasteje, S.A. de C.V. (2827) and Cambridge-Lee Holdings, Inc. (2123).

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------x
:
In re:                                    :    Chapter 11
                                          :
                                          :    Case No. 09-_____ (___)
TUBO DE PASTEJÉ, S.A. DE C.V.,            :
                                          :    Joint Administration Requested[1]
                                          :
            Debtor.                       :
------------------------------------------------------------x

## DECLARATION FOR LIST OF EQUITY SECURITY HOLDERS

I, Rafael Dávila Olvera, the undersigned authorized officer of the above-captioned debtor and debtor-in-possession, declare under penalty of perjury that I have reviewed the foregoing List of Equity Security Holders Pursuant to Fed. R. Bankr. P. 1007(a)(3), and that the list submitted herewith and the information contained therein is true and correct to the best of my knowledge, information and belief.

Dated: 12/08/2009

_____
Name: Rafael Dávila Olvera
Title: Director and Attorney in fact

---

[1] The debtors requesting joint administration, along with the last four digits of each debtor's federal tax identification number, are Tubo de Pasteje, S.A. de C.V. (2827) and Cambridge-Lee Holdings, Inc. (2123).