IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---

In re:

TUBO DE PASTEJÉ, S.A. DE C.V.

Debtor.

Chapter 11

Case No. 09-14353 (KJC)

---

*SUBJECT TO THE NOTES TO SCHEDULES AND STATEMENTS*

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors also must complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | N/A | | |
| B - Personal Property | Yes | 4 | Undetermined | | |
| C - Property Claimed as Exempt | No | N/A | | | |
| D - Creditors Holding Secured Claims | Yes | 2 | | $200,000,000.00 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | Yes | 3 | | N/A | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 2 | | $6,323,065.28 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 2 | | | |
| I – Current Income of Individual Debtor(s) | No | N/A | | | |
| J – Current Expenditures of Individual Debtors(s) | No | N/A | | | |
| TOTAL | | 15 | Undetermined | $206,323,065.28 | N/A |

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

In re Tubo de Pastejé, S.A. de C.V.
Case No. 09-14353 (KJC) (Chapter 11)

## NOTES TO SCHEDULES AND STATEMENTS

On December 8, 2009 (the "Petition Date"), Tubo de Pastejé, S.A. de C.V. ("Tubo") and Cambridge-Lee Holdings, Inc. ("CLH" and, together with Tubo, the "Companies") filed voluntary petitions in this Court under chapter 11 of the Bankruptcy Code. The cases are jointly administered under Case No. 09-14353 (KJC). The Companies' Schedules of Assets and Liabilities (the "Schedules") and Statements of Financial Affairs (the "SOFA") have been prepared pursuant to 11 U.S.C. § 521 and rule 1007 of the Federal Rules of Bankruptcy Procedure by the management of the Companies with the assistance of the Companies' counsel. While the Companies have made reasonable efforts to ensure that the Schedules and SOFA are accurate and complete based on the information available at the time of preparation, subsequent information or discovery may result in material changes to the Schedules and SOFA, and inadvertent errors or omissions may exist. Moreover, because the Schedules and SOFA contain unaudited information that is subject to further review and potential adjustment, there can be no assurance that the Schedules and SOFA are complete. Furthermore, nothing contained in the Schedules or SOFA shall constitute a waiver of rights with respect to these chapter 11 cases.

Amendment. While reasonable efforts have been made to file complete and accurate Schedules and SOFA, inadvertent errors or omissions may exist. The Companies reserve the right to amend and/or supplement their Schedules or SOFA as is necessary and appropriate.

Causes of Action. The Companies, despite reasonable efforts, may not have identified and/or set forth all of their causes of action against third parties as assets on their Schedules and SOFA. The Companies reserve all of their rights with respect to any causes of action they may have, and neither the Schedules nor SOFA shall be deemed a waiver of any such causes of action.

Claims Description. Any failure to designate a claim on the Companies' Schedules or SOFA as "disputed," "contingent," or "unliquidated" does not constitute an admission by the Companies that such amount is not "disputed," "contingent," or "unliquidated." Listing a claim on any of the Schedules does not constitute an admission as to (i) the secured or unsecured nature of a claim, (ii) the perfection or enforceability of any asserted lien, (iii) the value of any collateral, or (iv) the existence of the claim. The Companies reserve the right to dispute any claim reflected on their Schedules or SOFA on any grounds, including, but not limited to, amount, liability, or classification, or to otherwise subsequently designate such claims as "disputed," "contingent," or "unliquidated." The Companies reserve the right to object to any scheduled claims.

Executory Contracts. Listing a contact or agreement on Schedule G does not constitute an admission that such a contract or agreement is an executory contract or unexpired lease, or that such a contract or agreement was in effect on the Petition Date or is valid and enforceable. Any and all of the Companies' rights, claims, and causes of action with respect to contracts and agreements listed on Schedule G are hereby reserved and preserved.

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

In re Tubo de Pastejé, S.A. de C.V.
Case No. 09-14353 (KJC) (Chapter 11)

## SCHEDULE A – REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether the husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G – Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim." If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C – Property Claimed as Exempt.

| DESCRIPTION AND LOCATION OF PROPERTY | NATURE OF DEBTOR'S INTEREST IN PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION | AMOUNT OF SECURED CLAIM |
|---|---|---|---|---|
| N/A | | | | |
| | | | | |

(Report also on Summary of Schedules.)

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

In re Tubo de Pasteje, S.A. de C.V.
Case No. 09-14353 (KJC) (Chapter 11)

## SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether the husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property." If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 1. Cash on hand. | X | | | |
| 2. Checking, savings or other financial accounts, certificates of deposit or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | X | | | |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4. Household goods and furnishings, including audio, video, and computer equipment. | X | | | |
| 5. Books; pictures and other art objects; antiques; stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6. Wearing apparel. | X | | | |
| 7. Furs and jewelry. | X | | | |
| 8. Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

In re Tubo de Pastejé, S.A. de C.V.
Case No. 09-14353 (KJC) (Chapter 11)

## SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 10. Annuities. Itemize and name each issuer. | X | | | |
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | | 100% of equity securities of Cambridge-Lee Holdings, Inc., deemed sited in Delaware[1] | | Undetermined |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16. Accounts receivable. | X | | | |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A – Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |

---

[1] Cambridge-Lee Holdings, Inc., an affiliated debtor, is a holding company that holds operating subsidiaries Eagle Tube Industries LLC and United Copper Industries, Inc., the latter of which holds, directly and indirectly, further subsidiaries.

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

In re Tubo de Pasteje, S.A. de C.V.
Case No. 09-14353 (KJC) (Chapter 11)

## SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | X | | | |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | X | | | |
| 29. Machinery, fixtures, equipment, and supplies used in business. | X | | | |
| 30. Inventory. | X | | | |
| 31. Animals | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

In re Tubo de Pastejé, S.A. de C.V.
Case No. 09-14353 (KJC) (Chapter 11)

## SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | X | | | |
| Three (3) continuation sheets attached | | | Total(s) | Undetermined |

(Include amounts from any continuation sheets attached. Report total also on Summary of Schedules.)

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

<u>In re Tubo de Pasteje, S.A. de C.V.</u>
Case No. 09-14353 (KJC) (Chapter 11)

## SCHEDULE D – CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is the creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H – Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim Without Deducting Value of Collateral" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion, if Any" on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

In re Tubo de Pasteje, S.A. de C.V.
Case No. 09-14353 (KJC) (Chapter 11)

## SCHEDULE D – CREDITORS HOLDING SECURED CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER (See Instructions Above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.: The Bank of New York Mellon, as trustee under that certain Indenture dated as of November 13, 2006 between Bank of New York as Trustee and Industrias Unidas, S.A. de C.V., as Issuer, 101 Barclay Street, Floor 4E New York, New York, 10286 Attn: Corporate Trust Administration – Global Finance Unit and c/o Thompson & Knight LLP, 919 Third Avenue, 39th Floor, New York, New York 10022, Attn: Ira L. Herman, Esq. & Jennifer A. Christian, Esq | X | | DATE: November 16, 2006 NATURE: non-recourse Pledge Agreement PROPERTY SUBJECT TO LIEN: 100% of the stock of Cambridge-Lee Holdings, Inc. VALUE: undetermined | X | X | X | Approximate principal amount: $200,000,000.00 | Undetermined |
| One (1) continuation sheet attached to Schedule of Creditors Holding Secured Claims | | | | | Total(s) | | $200,000,000.00 (Report also on summary of Schedules) | Undetermined (If applicable report also on Statisical Summary of Certain Liabilities and Related Date) |

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

**In re Tubo de Pasteje, S.A. de C.V.**
Case No. 09-14353 (KJC) (Chapter 11)

# SCHEDULE E –
# CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts <u>not</u> entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☒ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

TYPES OF PRIORITY CLAIMS (Check the appropriate box(es) below if claims in that category are listed on the attached sheets.)

☐ **Domestic Support Obligations**

Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

In re Tubo de Pastejé, S.A. de C.V.
Case No. 09-14353 (KJC) (Chapter 11)

## SCHEDULE E –
## CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

☐ Wages, salaries, and commissions

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $10,950* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ Contributions to employee benefit plans

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

B 6E (Official Form 6E) (12/07) – Cont.

☐ Certain farmers and fishermen

Claims of certain farmers and fishermen, up to $5,400* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ Deposits by individuals

Claims of individuals up to $2,425* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

☐ Taxes and Certain Other Debts Owed to Governmental Units

Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ Commitments to Maintain the Capital of an Insured Depository Institution

Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ Claims for Death or Personal Injury While Debtor Was Intoxicated
Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

* Amounts are subject to adjustment on April 1, 2010, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

In re Tubo de Pastejé, S.A. de C.V.
Case No. 09-14353 (KJC) (Chapter 11)

## SCHEDULE E –
## CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

Type of Priority for Claims Listed on This Sheet

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | |
| | | | | | | | | | |

| | | | |
|---|---|---|---|
| Total (Use only on last page of the completed Schedule E. Report also on the Summary of Schedules.) | $0.00 | | |
| Totals (Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data.) | | $0.00 | $0.00 |

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

In re Tubo de Pasteje, S.A. de C.V.
Case No. 09-14353 (KJC) (Chapter 11)

## SCHEDULE F –
## CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Industrias Unidas, S. A. de C.V. Paseo de la Reforma 2608, Col. Lomas Altas 11950, Mexico, DF | | | DATE: 8/26/2006 CONSIDERATION/ NATURE: Intercompany advances for taxes paid | | | | $4,524,661.24† |
| Iusa, S. A. de C. V. Paseo de la Reforma 2608 Col. Lomas Altas 11950, Mexico, DF | | | DATE: 1/15/2008 CONSIDERATION/ NATURE: Intercompany advances for taxes paid | | | | $1,686,047.18† |

---

† Converted from Mexican Pesos to U.S. Dollars on petition date.

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

In re Tubo de Pastejé, S.A. de C.V.
Case No. 09-14353 (KJC) (Chapter 11)

## SCHEDULE F –
## CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Grupo Iusa, S. A. de C.V.<br>Paseo de la Reforma 2608, Col.<br>Lomas Altas 11950, Mexico, DF | | | DATE: 12/1/2008<br><br>CONSIDERATION/ NATURE: Intercompany advances for taxes paid | | | | $112,356.86[‡] |
| One (1) continuation sheet attached to Schedule of Creditors Holding Unsecured Nonpriority Claims | | | | Total(s) | | | $6,323,065.28 |

---

[‡] Converted from Mexican Pesos to U.S. Dollars on petition date.

14

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

In re Tubo de Pasteje, S.A. de C.V.
Case No. 09-14353 (KJC) (Chapter 11)

## SCHEDULE G –
## EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property. Include any timeshare interests. State nature of debtor's interest in contract, i.e., "Purchaser," "Agent," etc. State whether debtor is the lessor or lessee of a lease. Provide the names and complete mailing addresses of all other parties to each lease or contract described. If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☒ Check this box if debtor has no executory contracts or unexpired leases.

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST. STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| | |
| | |
| | |

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

**In re Tubo de Pasteje, S.A. de C.V.**
Case No. 09-14353 (KJC) (Chapter 11)

## SCHEDULE H - CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by the debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight-year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
| --- | --- |
| Industrias Unidas, S.A. de C.V.§ | The Bank of New York Mellon, as trustee under that certain Indenture dated as of November 13, 2006 between Bank of New York as Trustee and Industrias Unidas, S.A. de C.V., as Issuer<br>101 Barclay Street, Floor 4E New York, New York, 10286 Attn: Corporate Trust Administration – Global Finance Unit |
| Consolidadoras IUSA, S.A. de C.V.§ | The Bank of New York Mellon, as trustee under that certain Indenture dated as of November 13, 2006 between Bank of New York as Trustee and Industrias Unidas, S.A. de C.V., as Issuer<br>101 Barclay Street, Floor 4E New York, New York, 10286 Attn: Corporate Trust Administration – Global Finance Unit |
| Gas Padilla, S.A. de C.V.§ | The Bank of New York Mellon, as trustee under that certain Indenture dated as of November 13, 2006 between Bank of New York as Trustee and Industrias Unidas, S.A. de C.V., as Issuer<br>101 Barclay Street, Floor 4E New York, New York, 10286 Attn: Corporate Trust Administration – Global Finance Unit |
| Industrias Unidas de Aragón§ | The Bank of New York Mellon, as trustee under that certain Indenture dated as of November 13, 2006 between Bank of New York as Trustee and Industrias Unidas, S.A. de C.V., as Issuer<br>101 Barclay Street, Floor 4E New York, New York, 10286 Attn: Corporate Trust Administration – Global Finance Unit |

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

In re Tubo de Pastejé, S.A. de C.V.
Case No. 09-14353 (KJC) (Chapter 11)

## SCHEDULE H - CODEBTORS
(Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| Industrias Unidas de Pastejé§ | The Bank of New York Mellon, as trustee under that certain Indenture dated as of November 13, 2006 between Bank of New York as Trustee and Industrias Unidas, S.A. de C.V., as Issuer 101 Barclay Street, Floor 4E New York, New York, 10286 Attn: Corporate Trust Administration – Global Finance Unit |
| IUSA, S.A. de C.V.§ | The Bank of New York Mellon, as trustee under that certain Indenture dated as of November 13, 2006 between Bank of New York as Trustee and Industrias Unidas, S.A. de C.V., as Issuer 101 Barclay Street, Floor 4E New York, New York, 10286 Attn: Corporate Trust Administration – Global Finance Unit |
| Servicios Administrativos IUSA, S.A. de C.V. § | The Bank of New York Mellon, as trustee under that certain Indenture dated as of November 13, 2006 between Bank of New York as Trustee and Industrias Unidas, S.A. de C.V., as Issuer 101 Barclay Street, Floor 4E New York, New York, 10286 Attn: Corporate Trust Administration – Global Finance Unit |

---

§ Each of the entities listed as a co-debtor is either the issuer or a guarantor under that certain Indenture dated as of November 13, 2006 between Bank of New York as Trustee and Industrias Unidas, S.A. de C.V., as Issuer; Tubo de Pastejé, S.A. de C.V., the above-captioned debtor, has entered into a non-recourse pledge agreement with the Trustee, as described on Schedule D, but is not otherwise obligated under the Indenture.

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

In re Tubo de Pastejé, S.A. de C.V.
Case No. 09-14353 (KJC) (Chapter 11)

## DECLARATION REGARDING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY OF A CORPORATION OR PARTNERSHIP

I, Rafael Dávila Olvera, Director and Attorney in Fact of the corporation named as the debtor in this case, declares under penalty of perjury that I have read the foregoing summary and schedules, and that it is true and correct to the best of my knowledge, information and belief.

Date: 12/22/2009

Signature: _____
Rafael Dávila Olvera
Director and Attorney in Fact

*Penalty for making a false statement: Fine of up to $500,000, or imprisonment for up to 5 years, or both. 18 U.S.C. § 152 and 3571.*