IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------x
                                                            :
In re:                                                      :    Chapter 11
                                                            :
                                                            :    Case No. 09-14353 (KJC)
TUBO DE PASTEJÉ, S.A. DE C.V., et al.,[1]                   :
                                                            :    Jointly Administered
                                                            :
                    Debtors.                                :    Re: Docket No. 171, 177
------------------------------------------------------------x

### ORDER, PURSUANT TO 11 U.S.C. §§ 105(a) AND 1121(d), EXTENDING EXCLUSIVE PERIODS TO FILE PLAN OF REORGANIZATION AND SOLICIT ACCEPTANCES THEREOF

Upon the motion (the "Motion") of Tubo de Pasteje, S.A. de C.V. ("Tubo") and Cambridge-Lee Holdings, Inc. ("CLH", and together with Tubo, the "Company"), the above-captioned debtors and debtors in possession, for entry of an order, pursuant to sections 105(a) and 1121(d) of title 11 of the United States Code, 11 U.S.C. §§ 101-1532 (as amended, the "Bankruptcy Code"), extending the period during which only the Company may file a plan of reorganization (the "Exclusive Filing Period") and the period during which only the Company may solicit acceptances thereto (the "Exclusive Solicitation Period" and, together with the Exclusive Filing Period, the "Exclusivity Periods"), as more fully set forth in the Motion; and the Court having jurisdiction to consider the Motion and the relief requested therein in pursuant to 28 U.S.C. § 1334; and the Exclusive Periods having been automatically extended pursuant to rule 9006-2 of the Local Rules of Bankruptcy Practice and Procedure of the United States

---

[1] The debtors in these chapter 11 cases, along with the last four digits of each debtor's federal tax identification number, are Tubo de Pasteje, S.A. de C.V. (2827) ("Tubo") and Cambridge-Lee Holdings, Inc. (2123) ("CLH"). The service address for Tubo is Km. 109 Carretera Panamericana, México-Querétaro, Jocotitlán, Estado de México, 50700, and the service address for CLH is 86 Tube Drive, Reading, PA 19605.

12544-001\DOCS_DE:164285.1

Bankruptcy Court for the District of Delaware pending resolution of the Motion; and consideration of the Motion and the relief requested therein being a core proceeding pursuant to 28 U.S.C. § 157(b); and venue being proper in this district pursuant to 28 U.S.C. §§ 1408 and 1409; and due and proper notice of the Motion having been provided; and it appearing that no other or further notice need be provided; and the Court having determined that the relief sought in the Motion is in the best interest of the Company, its creditors and all other parties in interest; and the Court having determined that the legal and factual bases set forth in the Motion establish just cause for the relief granted herein; and upon all the proceedings had before the Court and after due deliberation and sufficient cause appearing therefore, it is

**ORDERED** that the relief requested in the Motion is granted; and it is further

**ORDERED** that the Exclusive Filing Period during which only the Company may file a plan of reorganization is hereby extended to and including January 5, 2011; and it is further

**ORDERED** that the Exclusive Solicitation Period during which only the Company may solicit plan acceptances is hereby extended to and including March 7, 2011; and it is further

**ORDERED** that this Order is without prejudice to the Company's right to seek further extensions of the Exclusivity Periods; and it is further

**ORDERED** that the Company is hereby authorized and empowered to take such steps and perform such acts as may be necessary to implement and effectuate the terms of this Order; and it is further

**ORDERED** that this Court shall retain jurisdiction to hear and determine all matters arising from the implementation and/or interpretation of this Order.

Dated: Nov 1, 2010

_____
Honorable Kevin J. Carey
Chief United States Bankruptcy Judge