# Exhibit 2

**The Plan Proponents' Liquidation Analysis**

**[TO COME]**

# Exhibit 3

Restructuring Agreement

[TO COME]

# Exhibit 4

## Description of Notes

**[TO COME]**

# Exhibit 5

Consensual Exchange Documents

[TO COME]

# Exhibit 6

Projected Financial Statements

[TO COME]