# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

------------------------------------------------------ x
In re:                                                 : Chapter 11
                                                       :
TUBO DE PASTEJÉ, S.A. DE C.V., et al.,                 : Case No. 09-14353 (KJC)
                                                       :
                                Debtors.               : Jointly Administered
                                                       :
------------------------------------------------------ x Re: Docket No. 360

## NOTICE OF FILING OF PLAN SUPPLEMENT RELATING TO THE JOINT PLAN OF REORGANIZATION UNDER CHAPTER 11 OF THE BANKRUPTCY CODE OF TUBO DE PASTEJÉ, S.A. DE C.V. AND CAMBRIDGE-LEE HOLDINGS, INC. AS DEBTORS-IN-POSSESSION, AND INDUSTRIAS UNIDAS, S.A. DE C.V. AND THE SUBSIDIARY GUARANTORS AS CO-PROPONENTS

PLEASE TAKE NOTICE that, pursuant to Section 1.105 of the Joint Plan of Reorganization under Chapter 11 of the Bankruptcy Code of Tubo de Pasteje, S.A. de C.V. and Cambridge-Lee Holdings, Inc. as Debtors-In-Possession and Industrias Unidas, S.A. de C.V. and the Subsidiary Guarantors as Co-Proponents, dated July 15, 2011 (as may be amended, modified, and/or supplemented, the "Plan"),[1] proposed by the debtors and debtors in possession in the above-captioned cases (collectively, the "Debtors") together with the Plan Proponents, annexed hereto as **Exhibits A through I** is the Debtors' supplemental appendix to the Plan, containing, among other things: the New Indentures, the New Pledge Agreement, the Joint Collateral Documents (as defined in the New Indentures), the Schedule of Assumed Contracts, the Schedule of Rejected Contracts, the Schedule of Retained Causes of Action, the Schedule of Intercompany Claims, the New Corporate Documents, and a list of officers and directors of the Reorganized Debtors, respectively, each of which may be amended

---

[1] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to such terms in the Plan.

1

before the Plan Effective Date pursuant to the terms and conditions of the Restructuring Agreement (the "Plan Supplement").[2]

PLEASE TAKE FURTHER NOTICE that the Debtors reserve all rights to amend, revise, or supplement any documents relating to the Plan and/or to be executed, delivered, assumed, and/or performed in connection with the consummation of the Plan, including the Plan Supplement.

Dated: Wilmington, Delaware
       August 12, 2011

PACHULSKI STANG ZIEHL & JONES LLP

*/s/ Laura Davis Jones*

Laura Davis Jones (Bar No. 2436)
Michael R. Seidl (Bar No. 3889)
919 North Market Street, 17th Floor
Wilmington, DE 19899-8705 (Courier 19801)
Telephone: (302) 652-4100
Facsimile: (302) 652-4400
Email: ljones@pszjlaw.com
       mseidl@pszjlaw.com

-and-

DEWEY & LEBOEUF LLP
Philip M. Abelson
Lauren C. Cohen
1301 Avenue of the Americas
New York, New York 10019
Telephone: (212) 259-8000
Facsimile: (212) 728-6000

*Co-Counsel for the Debtors and Debtors in Possession*

---

[2] The Plan Supplement remains subject to continuing negotiations and may be amended, modified, and/or supplemented prior to the Effective Date without further notice or order of the Court.